Philip Edelberg, plaintiff in error, v. Samuel M. Edison, defendant in error. Gen. No. 31,969.

Action for breach of contract to repurchase bonds. Judgment against plaintiff. Error to the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed December 27, 1927. .Rehearing denied January 9, 1928.

Brundage, Landon & Holt and Beryl B. Collins, for plaintiff in error. Myer H. Gladstone, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary Kulewicz, defendant in error, v. Walter Gladenis, plaintiff in error. Gen. No. 32,007.

Action for damages for wrongful assault. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. L. P. Harriss, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed December 27, 1927.

Slakis & Spence, for plaintiff in error. Milton O. Naramore, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Cora C. Mayell, appellee, v. Maurice E. Daley and G. Lynn Osmer, jointly and severally, appellants. Gen. No. 32,030.

Action for breach of contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

Chittick, Blankenship & Baltz, for appellants; C. L. Blankenship, of counsel. McKinley, Killinger & Babb, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

John Kennedy, appellee, v. J. W. Henning, appellant. Gen. No. 32,122.

Action for damage to automobile in collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

John A. Bloomingston, for appellant. Murphy O. Tate, for appellee; Leo M. Tarpey, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Morris R. Rosen et al., defendants in error, v. William C. Handley, plaintiff in error. Gen. No. 31,673.

Action to recover rent. Appeal from denial of motion to open confession judgment. Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

Van Natta & King, for plaintiff in error. Max M. and Samuel Grossman, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.